499 Pa. 218 (1982)
452 A.2d 1017
ESTATE OF Blanche W. STARR, a/k/a Blanche Starr, Deceased.
Appeal of Brice DALRYMPLE.
Supreme Court of Pennsylvania.
Argued October 27, 1982.
Decided December 10, 1982.
Raymond J. Quaglia, Philadelphia, for appellant.
John H. Potts, Wayne, for appellee.
Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

*219 ORDER
PER CURIAM:
Order affirmed. Each party to bear own costs.